UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| C.E.S., V.A.S., and H.M.S., Minors, by<br>Next Friends Timothy P. Donn and<br>Anne L. Donn,<br><br>       Plaintiffs,<br><br>v.<br><br>Hon. Larry J. Nelson, in his official<br>capacity as a Leelanau County<br>Family Court Judge, Matthew Feil,<br>in his official capacity as Tribal<br>Prosecutor for the Grand Traverse Band<br>of Ottawa and Chippewa Indians, and<br>Helen Cook in her official capacity as<br>Supervisor of Anishinaabek Family<br>Services for the Grand Traverse Band of<br>Ottawa and Chippewa Indians,<br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:15-cv-982<br><br>HON. Janet T. Neff |

_____

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(ii) (Without a Court Order)**

      IT IS HEREBY STIPULATED AND AGREED by and between the parties through their

respective counsel that the above-captioned action against the Defendants is VOLUNTARILY

DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii).

**Dated: January 27, 2016**

**NEWMARK STORMS LAW OFFICE LLC**

s/ Jeffrey S. Storms
Jeffrey S. Storms, MN #0387240
Admitted W.D. Michigan
100 South Fifth Street, Suite 2100
Minneapolis, MN 55402
Phone: 612.455.7055
Fax: 612.455.7051
Email: jeff@newmarkstorms.com

**ANDREW IRLBECK LAWYER CHTD.**

s/ Andrew Irlbeck
Andrew Irlbeck, MN #392626
W.D. Mich. LCivR 83(i)(i)(D)(1)
First National Bank Building
332 Minnesota Street, Ste. W1610
Saint Paul, MN 55101
Phone: (651) 366-6909
Fax:    (651) 223-5179
Email: andrew@irlbecklaw.com

*Attorneys for Plaintiffs*

**FIDDLER LAW OFFICE, P.A.**

s/ Mark D. Fiddler
Mark D. Fiddler, MN #0197853
Admitted W.D. Michigan
6800 France Avenue South, Suite 190
Edina, MN 55435
Phone: 612.822.4095
Fax: 612.822.4096
mark@fiddler-law.com

/s/ Joseph T. Hubbell
Joseph T. Hubbell (P41996)
Attorney for Defendant Nelson
Leelanau County Prosecuting Attorney
8527 E. Government Center Drive, Suite 202
Suttons Bay, MI 49682
Phone: 231-256-9872
Fax: 231-256-0133

*Attorney for Hon. Larry J. Nelson*

<u>/s/ John F. Petoskey</u>
John F. Petoskey, MI Bar 41499
General Counsel, Grand Traverse
Band of Ottawa and Chippewa Indians
Fredericks Peebles & Morgan LLP
2848 Setterbo Road
Peshawbestown, MI 49682


<u>/s/ Michelle A. Bostic</u>
 Michelle A. Bostic
 Assistant General Counsel
Grand Traverse Band of Ottawa and
Chippewa Indians
 2605 N. West Bay Shore Drive
Peshawbestown, MI 49682
 (231) 534-7978
  Michelle.Bostic@gtbindians.com


<u>/s/ William Rastetter</u>
William Rastetter
Olson, Bzdok & Howard, P. C
420 E. Front Street
Traverse City, MI 49686
(231) 946-0044
bill@envlaw.com


***Attorneys for Tribal Defendants***